UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>JOHN DOE subscriber assigned IP address 67.166.143.148, <br><br>　　　　Defendant. | Case No.: 2:24-00891-TLN-CKD <br><br>**[PROPOSED] ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |

THIS CAUSE came before the Court upon Plaintiff's application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have up to and including August 8, 2024, to effectuate service of a summons and Complaint on Defendant.

/////

1

**DONE AND ORDERED**.

Dated: June 20, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4, stri891.24

2

[Proposed] Order on Plaintiff's Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant

Case No. 2:24-cv-00891-TLN-CKD